**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000180
30-NOV-2015
07:58 AM**

NO. CAAP-15-0000180

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FEDERAL NATIONAL MORTGAGE CO., Plaintiff-Appellee,
v.
ESMENIA PASCUAL SADANG, Defendant-Appellant,
and
FIRST HORIZON HOME LOANS, a Division of First Tennessee Bank
N.A., STATE OF HAWAI'I, DEPARTMENT OF TAXATION,
and DISCOVER BANK, Defendants-Appellees,
and
JOHN and MARY DOES 1-20, DOE PARTNERSHIPS, CORPORATIONS,
or OTHER ENTITIES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0853(2))

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On March 20, 2015, Defendant-Appellant Esmenia Pascual Sadang (Appellant), pro se, filed a notice of appeal;

(2) On May 19, 2015, the circuit court clerk filed the record on appeal, and the appellate clerk filed the notice of entering case on calendar, which set the statement of jurisdiction and opening brief due dates at May 29, 2015, and June 29, 2015, respectively. It is not clear whether the appellate clerk served Appellant with a copy of the notice of entering case on calendar;

(3) On July 2, 2015, the appellate clerk filed an amended notice of entering case on calendar, which set the statement of jurisdiction and opening brief due dates at July 13, 2015, and August 11, 2015, respectively. The record indicates the appellate clerk mailed to Appellant a copy of the amended notice of entering case on calendar;

(4) Appellant did not file either document, or request an extension of time;

(5) On August 17, 2015, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on August 27, 2015, for such action as the court deems proper, which could include dismissal; and

(6) Thereafter, Appellant did not file the statement of jurisdiction or opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, November 30, 2015.

Chief Judge

Associate Judge

Associate Judge

-2-